

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Johnnie Dee Allen Miller,                    * From the 350th District Court
of Taylor County,
Trial Court No. 13518-D.

Vs. No. 11-23-00022-CR                    * April 17, 2025

The State of Texas,                      * Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.